**Edward Phillip WELLS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28382.**

Court of Criminal Appeals of Texas.

June 6, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

Appellant has now filed an affidavit requesting the dismissal of his appeal. The request is granted. The appeal is dismissed.